```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04047
    CARMEN SANTIAGO
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-4479

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 03/07/2007 and was confirmed 05/23/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   9.00%.

      The case was dismissed after confirmation 09/12/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
CHASE HOME FINANCE LLC     CURRENT MORTG        .00            .00            .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE        .00            .00            .00
CHASE MANHATTAN MORTGAGE   CURRENT MORTG        .00            .00            .00
CHASE MANHATTAN MORTGAGE   MORTGAGE ARRE    3749.60            .00            .00
ARROW FINANCIAL SERVICES   NOTICE ONLY     NOT FILED           .00            .00
COMCAST                    UNSECURED       NOT FILED           .00            .00
CRED PROTECTION ASSOCIAT   NOTICE ONLY     NOT FILED           .00            .00
LVNV FUNDING               NOTICE ONLY     NOT FILED           .00            .00
NCO FINANCIAL              NOTICE ONLY     NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       1488.79             .00            .00
PORTFOLIO RECOVERY ASSOC   NOTICE ONLY     NOT FILED           .00            .00
PROVIDIAN                  UNSECURED       NOT FILED           .00            .00
RUSH UNIVERSITY MEDICAL    UNSECURED       NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED       3754.99             .00            .00
TARGET RETAILERS NATIONA   UNSECURED       NOT FILED           .00            .00
CARLOS SANTIAGO            NOTICE ONLY     NOT FILED           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED        520.74             .00            .00
CHASE MANHATTAN MORTGAGE   NOTICE ONLY     NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   FILED LATE           .00            .00            .00
SELECT LEGAL PC            DEBTOR ATTY    1,200.00                         234.50
TOM VAUGHN                 TRUSTEE                                          15.50
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     250.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 04047 CARMEN SANTIAGO
```

```
ADMINISTRATIVE                                                    234.50
TRUSTEE COMPENSATION                                               15.50
DEBTOR REFUND                                                        .00
                                        ---------------    ---------------
TOTALS                                          250.00             250.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 12/27/07                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```